Order issued: September 25, 2012



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-11-01276-CV

### EX PARTE: HAROLD CORNISH

On Appeal from the 265th Judicial District Court
Dallas County, Texas
Trial Court Cause No. X11-555-R

## ORDER

By letter dated August 20, 2012, the Court requested that, pursuant to rule of appellate procedure 34.5(e), the Honorable Mark Stolz, Judge of the 265th Judicial District Court of Dallas County, Texas, determine what constitutes an accurate copy of the missing items in the expunction file and order them to be included in the clerk's record. *See* TEX. R. APP. P. 34.5(e). The Honorable Mark Stolz was to provide this Court, by September 7, 2012, a copy of his order specifying the documents to be included in the clerk's record. As of today's date, the Court has not received the requested order.

Accordingly, we **ORDER** the Honorable Mark Stolz to determine what constitutes an accurate copy of the missing items in the expunction file and to order them to be included in the clerk's record. We **ORDER** the Honorable Mark Stolz to file, **WITHIN TEN DAYS OF THE**

**DATE OF THIS ORDER**, a copy of his order specifying the documents to be included in the clerk's record.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to the Honorable Mark Stolz and counsel for all parties.

CAROLYN WRIGHT
CHIEF JUSTICE